UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUL 26 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   vs.<br><br>KEVIN HARRIS,<br><br>             Defendant. | CASE NO. 11CR2549-BTM<br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) as charged in the Information:

     18 USC 2252(a)(2) - Receipt of Images of Minors Engaged in Sexually Explicit Conduct

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/26/11

_____
WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE